UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF CHRISTIAN SCHOOLS INTERNATIONAL,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR *et al.*,<br><br>*Defendants*. | Case No. 1:24-cv-2618 |

## NOTICE OF SUBSTITUTION OF COUNSEL

In accordance with Local Rule 83.6, please enter the appearance of Arjun Mody as counsel for Defendants in this matter, and please withdraw the appearance of Christine L. Coogle, who was counsel for Defendants and who is leaving the U.S. Department of Justice for other employment. Mr. Mody's contact information is as follows:

Arjun Mody
DC Bar # 90013383
D.D.C. Bar # D00645
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
(202) 451-7723
arjun.a.mody@usdoj.gov

Dated: March 13, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

JULIE STRAUS HARRIS
Assistant Branch Director
Federal Programs Branch

 */s/ Arjun Mody*
Arjun Mody
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch

1

1100 L Street, N.W.
Washington, D.C. 20005
(202) 451-7723
arjun.a.mody@usdoj.gov

*Counsel for Defendants*