UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF CHRISTIAN SCHOOLS INTERNATIONAL, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR *et al.*, <br><br> *Defendants*. | Case No. 1:24-cv-2618 |

## NOTICE OF SUBSTITUTION OF COUNSEL

In accordance with Local Rule 83.6, please enter the appearance of Jason Altabet as counsel for Defendants in this matter, and please withdraw the appearance of Arjun Mody, who was counsel for Defendants and who is leaving the U.S. Department of Justice for other employment. Mr. Altabet's contact information is as follows:

Jason Altabet
MD Bar 2211280012
D.D.C. Bar # D00626
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
(202) 305-0727
Jason.k.altabet2@usdoj.gov


Dated: April 30, 2025         Respectfully submitted,

                              YAAKOV M. ROTH
                              Acting Assistant Attorney General
                              Civil Division

                              JACQUELINE COLEMAN SNEAD
                              Assistant Branch Director

*/s/ Jason K. Altabet*
JASON K ALTABET
Trial Attorney, Bar No. 2211280012(MD)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L St. NW
Washington, DC 20005
Tel: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov

*Counsel for Defendants*

2