# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF CHRISTIAN SCHOOLS INTERNATIONAL,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR *et al.*,<br><br>*Defendants*. | Case No. 1:24-cv-2618 |

## JOINT STATUS REPORT ON STAY

On May 13, 2025, this Court granted Defendants' Unopposed Motion for Stay, ECF No. 41, and ordered a stay until September 9, 2025. Minute Order (May 13, 2025). This Court further ordered the filing of a joint status report by July 11, 2025 to update the Court on any developments. *Id.*

As Defendants stated in their Unopposed Motion for Stay, the Department of Labor intends to reconsider the rule challenged in this litigation, which defines and delimits a Fair Labor Standards Act exemption for workers "employed in a bona fide executive, administrative, or professional capacity." 29 U.S.C. § 213(a)(1); *see* 89 Fed. Reg. 32,842 (Apr. 26, 2024). That process remains ongoing within the agency.

In *Texas v. LABR*, No. 24-40777, ECF No. 45 (5th Cir. 2025), in which the final rule at issue in this litigation is also being challenged, the Department of Labor must provide a status report by August 29, 2025. Defendants plan to file a further status report by August 29, 2025 with any developments.

Dated: July 7, 2025                                    Respectfully submitted,

1

s/ Ben Stormes
Ben Stormes*
Wencong Fa*
Beacon Center of Tennessee
1200 Clinton Street, #205
Nashville, TN 37203
Tel.: 615-383-6431
ben.stormes@beacontn.org
wen@beacontn.org
*Counsel for Plaintiff*

*Admitted *Pro Hac Vice*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JACQUELINE COLEMAN SNEAD
Assistant Branch Director

/s/ Jason K. Altabet
JASON K ALTABET
Trial Attorney, Bar No. 2211280012(MD)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L St. NW
Washington, DC 20005
Tel: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov

*Counsel for Defendants*
